

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-10-00263-CV

IN RE MARY T. ARD                                                                                    RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and "Motion to Strike Real Parties in Interest's Response and to Strike Affidavit of William A. Hudson II from the Mandamus Record" and is of the opinion that all relief should be denied. Accordingly, relator's petition for writ of mandamus and motion to strike are denied.

---

[1]*See* Tex. R. App. P. 47.4., 52.8(d).

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL:  MCCOY, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  October 7, 2010